**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **REYES TEMICH CHIGO** | **CIVIL ACTION NO. 1: 26-CV-1962 SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 11] of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Reyes Temich Chigo's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS, DONE AND SIGNED in chambers on this 15th day of September 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE